UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
RAYMOND MUSCAT,                                                    :
                                                                   :
                Plaintiff,                                   :
                                                                   :      24-CV-09971 (JAV)
        -v-                                                      :
                                                                   :            ORDER
CONSOLIDATED EDISON COMPANY OF NEW                                 :
YORK and ERROL DUVAL,                                              :
                                                                   :
                Defendants.                                  X
-------------------------------------------------------------------

JEANNETTE A. VARGAS, United States District Judge:

       Pursuant to the Court's Order dated January 6, 2025, ECF No. 8, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, the contents of which are described therein, by March 11, 2025. To date, the parties have not filed the joint letter and proposed Civil Case Management Plan and Scheduling Order. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **March 14, 2025**.

       SO ORDERED.

Dated: March 13, 2025                               _____
       New York, New York                     JEANNETTE A. VARGAS
                                                          United States District Judge