

**Laine A. Armstrong**
Principal Attorney

laine@advocatesny.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/2025

**MEMO ENDORSED**

August 6, 2025

<u>Via ECF</u>
Hon. Barbara Moses
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 10007

      Re:    *Muscat v. Con Edison, et al.* **(1:24-cv-09971) Request for Adjournment**

Dear Magistrate Judge Moses:

      This firm represents the Plaintiff in the above-referenced case. We write to request an adjournment of the settlement conference scheduled for Wednesday, August 13, 2025 at 2:15 p.m.

      Lead trial counsel in this case, Mikaila Hernandez, is traveling internationally this week. She was scheduled to return to New York this weekend and return to the office on Monday, August 11th. Unfortunately, Ms. Hernandez learned today that a close family member, her uncle, is terminally ill and is not expected to live much longer. Her uncle lives in Ms. Hernandez's hometown of El Paso, where her father and cousins also reside. Ms. Hernandez plans to return from Europe and fly directly to Texas so she can say goodbye to her uncle and be there for her family.

      The undersigned is supervising Ms. Hernandez is this matter. I have a long-scheduled vacation and will be out of state next week. Because of these plans, I am not able to attend the settlement conference in Ms. Hernandez's place. We therefore request an adjournment of the settlement conference to a future date.

      The parties have exchanged settlement proposals and met and conferred regarding settlement of this case. As soon as Ms. Hernandez contacted me at approximately 7:00 this evening to apprise me of her urgent family matter, I reached out to counsel for Defendants and requested their consent to this adjournment request. They have consented however we have not had the opportunity to discuss mutually available dates for adjournment.



Hon. Barbara Moses
August 6, 2025
Page 2

    I ask to Court's permission to follow up tomorrow, once I have had the chance to consult with opposing counsel, with proposed dates for the rescheduled conference.

    Thank you for your consideration of this request.

                                Respectfully submitted
                                /s/ *Laine Alida Armstrong*
                                Laine Alida Armstrong

cc:    Counsel of record, *via ECF*

---

Application GRANTED. The settlement conference previously scheduled for August 13, 2025, is hereby ADJOURNED to **August 25, 2025, at 2:15 p.m.**, in Courtroom 20A, 500 Pearl Street, New York, NY 10007. The parties must submit their Confidential Settlement Letters and Acknowledgment Forms (see Dkt. 23 ¶¶ 3, 4) no later than **August 18, 2025**. SO ORDERED.

Barbara Moses
United States Magistrate Judge
August 11, 2025