USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___04/28/26___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND MUSCAT,

       Plaintiff,

-against-

CONSOLIDATED EDISON COMPANY OF
NEW YORK, et al.,

       Defendants.

24-CV-09971 (JAV) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's status conference, if any party seeks intervention from the Court regarding any remaining discovery disputes, that party must file its letter-motion, *see* Loc. Civ. R. 37.1-37.2, Moses Ind. Prac. § 2(b), no later than **May 1, 2026**.

The Court will issue a separate order scheduling a continued settlement conference in this matter.

Any party intending to move for summary judgment must do so no later than **June 15, 2026**.

Dated: New York, New York
      April 28, 2026

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**