USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/27/26__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND MUSCAT,

        Plaintiff,

    -against-

CONSOLIDATED EDISON COMPANY OF
NEW YORK, et al.,

        Defendants.

24-CV-09971 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court having conducted a settlement conference on May 26, 2026, and the parties having reached agreement on the material terms of a settlement, entered on the record after the conference, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to the parties' right, within thirty days of the date of this Order, (a) to submit their own Stipulation of Dismissal for the Court to so order, or (b) to reopen the case and restore it to the active calendar if the settlement has not been completed. To be clear, any application to reopen and restore must be filed **within thirty days of the date of this Order**. Late-filed applications may be denied solely on that basis.

This Order shall be deemed a **final dismissal of the action with prejudice** in the event that no contrary stipulation of dismissal is submitted, and no party requests restoration of the case to the active calendar, within such 30-day period.

Any pending motions are moot. All filing deadlines and conference dates are adjourned *sine die*. The Clerk of Court is directed to close the case.

Dated: New York, New York
      May 27, 2026

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**