**advocates
for justice**
chartered attorneys

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   6/29/26

**Mikaila Hernández**
Attorney

mikaila@advocatesny.com

June 26, 2026

**MEMO ENDORSED**

<u>**VIA ECF**</u>

Hon. Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 703
New York, New York 10007

Re:    *Muscat v. Consolidated Edison Company of New York, Inc.*, et al.,
1:24-cv-09971-~~JAV~~ BCM
**<u>Joint Request for Extension to File Notice of Discontinuance</u>**

Dear Judge Moses:

We write jointly on behalf of the Parties in the above-referenced matter. On May 26, 2026, at a conference held by Your Honor, the Parties reached an agreement regarding the material elements of a settlement on Plaintiff's claims in the above-referenced action.

On May 27, 2026, the Court ordered the Parties to submit their own Stipulation of Dismissal for the Court to so order within thirty days, else the Court's order shall serve as the Order of Dismissal. (ECF Dkt. No. 45).

The Parties are finalizing the terms and conditions of the written Settlement Agreement ("Agreement") and will submit a joint Stipulation of Dismissal for the Court to so order. However, the Parties request an additional thirty (30) days to allow time to finalize and execute the Agreement and file the Stipulation of Dismissal. This is the Parties' first extension request.

We thank the Court for its consideration.

Application GRANTED. The parties must submit any stipulation of dismissal no later than **July 27, 2026**.

SO ORDERED.

June 29, 2026

**Barbara Moses
United States Magistrate Judge**

Respectfully Submitted,

ADVOCATES FOR JUSTICE,
CHARTERED ATTORNEYS
Attorneys for Plaintiff

- 2 -

By: */s/ Mikaila Hernández*
     Mikaila Hernández
225 Broadway, Ste. 1902
New York, New York 10007
Tel: (212) 285-1400 x.113
mikaila@advocatesny.com


CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC.
Attorney for Defendants

By: */s/ Halimah I. Famuyide*
     Halimah Ifedayo Famuyide
4 Irving Place
New York, NY 10003
Tel: (929)709-2152
famuyideh@coned.com