conEdison
a conEdison, inc. company

**Law Department**
Halimah Famuyide
Senior Attorney
Tel: (929) 709-2152

Consolidated Edison Company
of New York, Inc.
4 Irving Place, Room 1800
New York, NY 10003-0987

MEMO ENDORSED

July 24, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 7/27/26

**VIA ECF**
Hon. Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 703
New York, New York 10007

Re: *Muscat v. Consolidated Edison Company of New York, Inc.*, et al.,
1:24-cv-09971-~~JAV~~ BCM
**Joint Request for Extension to file Notice of Discontinuance**

**Dear Judge Moses:**

We write jointly on behalf of the Parties in the above-referenced matter. On May 26, 2026, during a conference before the Court, the parties reached an agreement on the material terms of a settlement resolving Plaintiff's claims in this action.

On May 27, 2026, the Court ordered the Parties to submit a stipulation of dismissal for the Court's approval within thirty days, or, alternatively, that the Court's order would serve as the order of dismissal. (ECF No. 45.)

On June 26, 2026, the Court granted the Parties' first request for an extension to submit a stipulation of dismissal for the Court's approval. (ECF No. 47). The Court ordered the Parties to file their stipulation of dismissal no later than July 27, 2026. *Id*.

The Parties are in the final stages of negotiating and finalizing the written Settlement Agreement and anticipate submitting a joint stipulation of dismissal shortly. However, due to counsel's scheduled time off, the Parties respectfully request an additional fifteen (15) days to finalize and execute the Settlement Agreement and file the stipulation of dismissal. This is the Parties' second request for an extension.

The Parties thank the Court for its consideration of this request.

Application GRANTED. The parties must submit any stipulation of dismissal no later than **August 11, 2026**. No further extensions will be granted absent compelling circumstances.

SO ORDERED.

July 27, 2026

**Barbara Moses**
**United States Magistrate Judge**

conEdison
a conEdison, inc. company

**Law Department**
Halimah Famuyide
Senior Attorney
Tel: (929) 709-2152

Consolidated Edison Company
of New York, Inc.
4 Irving Place, Room 1800
New York, NY 10003-0987

.

Respectfully Submitted,

CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC.
Attorney for Defendants

By: *<u>/s/ Halimah I. Famuyide</u>*
Halimah Ifedayo Famuyide
4 Irving Place
New York, NY 10003
Tel: (929)709-2152
famuyideh@coned.com

ADVOCATES FOR JUSTICE,
CHARTERED ATTORNEYS
Attorneys for Plaintiff

By: *<u>/s/ Mikaila Hernández</u>*
Mikaila Hernández
225 Broadway, Ste. 1902
New York, New York 10007
Tel: (212) 285-1400 x.113
mikaila@advocatesny.com