conEdison
a conEdison, inc. company

**Law Department**
Halimah Famuyide
Senior Attorney
Tel: (929) 709-2152

Consolidated Edison Company
of New York, Inc.
4 Irving Place, Room 1800
New York, NY 10003-0987

August 12, 2026

VIA ECF

Hon. Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 703
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/12/26

Re: *Muscat v. Consolidated Edison Company of New York, Inc.*, et al., 1:24-cv-09971-JAV
**Request to Seal Document**

Dear Judge Moses:

Defendants respectfully submit this letter pursuant to ECF Rule 21.7 requesting that the Court permanently seal ECF Dkt. No. 50, which was filed on August 11, 2026.

ECF Dkt. No. 50 was inadvertently filed on the public docket and contains sensitive and confidential information that was not intended for public disclosure. Upon discovering the error, Defendants promptly filed the correct document as ECF Dkt. No. 51.

Defendants respectfully request that the Court formally seal ECF Dkt. No. 50 and maintain it under seal to prevent public access. Defendants have conferred with Plaintiff's counsel regarding this request, and Plaintiff consents to the relief sought herein.

Thank you for the Court’s consideration of this request.

Respectfully Submitted,

CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC.
Attorney for Defendants

By: */s/ Halimah I. Famuyide*
Halimah Ifedayo Famuyide
4 Irving Place
New York, NY 10003
Tel: (929)709-2152
famuyideh@coned.com

Application GRANTED.

SO ORDERED.

Barbara Moses
United States Magistrate Judge
August 12, 2026

MEMO ENDORSED